**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 04-41-DLB-JGW**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**VS.**             **ORDER ADOPTING REPORT AND RECOMMENDATION**

**DAVID THOMAS SOWARD**                                         **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the November 26, 2014 Report and Recommendation (R&R) of the United States Magistrate Judge, wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of eight (8) months incarceration, with no supervised release to follow.

During the final revocation hearing conducted by Magistrate Judge J. Gregory Wehrman on November 20, 2014, the Defendant admitted violating the terms of his supervised release, as set forth in the September 11, 2014 violation report of U.S. Probation Officer John D'Alessandro. No objections having been filed, the Defendant having not notified the Court that he wishes to exercise his right to allocute, and the time to do so having expired, the R&R is ripe for the Court's consideration.

Having reviewed the R&R, and finding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 56) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **eight (8) months**, with no supervised release to follow; and

5. A Judgment shall be entered concurrently herewith.

This 17th day of December, 2014.



G:\DATA\ORDERS\Covington Criminal\2004\4-41 order adopting R&R.wpd